IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 16-00094-KD |
| | ) | |
| ADRIAN J. BEACH, | ) | FILED: |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CRIMINAL INFORMATION

The United States of America, acting through its attorneys, charges:

1. ADRIAN J. BEACH is hereby made a defendant on the charge stated below.

## BACKGROUND

2. When Alabama homeowners default on their mortgages, the mortgage holder, some of whom are financial institutions, can institute foreclosure proceedings through a non-judicial public real estate foreclosure auction ("public auction"). These public auctions typically take place at the courthouse in the county where the property is located. At the public auction, an auctioneer sells the property to the bidder offering the highest purchase price. Proceeds from the sale are then used to pay off the mortgage and other debt attached to the property. Any remaining proceeds are paid to the homeowner.

## DEFENDANT AND CO-CONSPIRATORS

3. During the period covered by this Information, the defendant was engaged in the business of buying real estate at public auctions in the Southern District of Alabama and rehabilitating, selling, or renting the foreclosure properties for an economic benefit. Defendant purchased properties in his own name as well as in the names of companies that he owned, the main company being AJB, LLC.

4. During the period covered by this Information, certain real estate speculators agreed to participate in a scheme to defraud financial institutions, homeowners, and others with a legal interest in selected foreclosure properties ("rigged foreclosure properties").

5. Various entities and individuals, not made defendants in this Information, participated as co-conspirators in the offense charged herein and performed acts and made statements in furtherance thereof.

## CONSPIRACY TO COMMIT MAIL FRAUD AFFECTING A FINANCIAL INSTITUTION
## (18 U.S.C. § 1349)

6. Each and every allegation contained in Paragraphs 1-5 of this Information is hereby realleged as if fully set forth in this Information.

### DESCRIPTION OF THE OFFENSE

7. Beginning at least as early as January 2004, and continuing thereafter until at least March 2010, the exact dates being unknown to the United States, in

the Southern District of Alabama and elsewhere, defendant ADRIAN J. BEACH and co-conspirators did willfully and knowingly combine, conspire, and agree with each other to violate Title 18, United States Code, Section 1341, namely, to knowingly devise and intend to devise and participate in a scheme and artifice to defraud financial institutions, homeowners, and others with a legal interest in rigged foreclosure properties, and to obtain money and property from financial institutions, homeowners, and other with a legal interest in rigged foreclosure properties by means of materially false and fraudulent pretenses, representations, or promises.

8. The objects of the conspiracy were, among other things, to fraudulently acquire title to rigged foreclosure properties at artificially suppressed prices; to make payoffs to and receive payoffs from co-conspirators; and to divert money away from financial institutions, homeowners, or others with a legal interest in rigged foreclosure properties.

9. Several financial institutions suffered actual monetary losses as a result of this conspiracy.

MEANS AND METHODS OF THE CONSPIRACY

10. For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and co-conspirators did those things that they combined and conspired to do, including, among other things:

      a.      agreeing not to bid against one another at the public auctions;

      b.      purchasing rigged foreclosure properties at public auctions at artificially suppressed prices;

      c.      negotiating payoffs with one or more co-conspirators in exchange for the agreements not to compete at public auctions;

      d.      conducting secret, second auctions, open only to members of the conspiracy, to bid for title to rigged foreclosure properties;

      e.      awarding rigged foreclosure properties to co-conspirators who submitted the highest bids at the secret, second auctions;

      f.      in some cases, transferring title to rigged foreclosure properties into the names of the co-conspirators who submitted the highest bids at the secret, second auctions;

      g.      distributing payoffs to co-conspirators that otherwise would have gone to financial institutions, homeowners, and others with a legal interest in the rigged foreclosure properties, in an amount based on a predetermined formula agreed upon by the members of the conspiracy or through direct negotiations between co-conspirators;

      h.      causing artificially suppressed purchase prices to be reported and paid to financial institutions and others with a legal interest in rigged foreclosure properties;

        i.      making and causing to be made materially false and misleading pretenses or representations to trustees and others involved in the auction and sale of the rigged foreclosure properties.

11.    For the purpose of executing the scheme or artifice to defraud or attempting to do so, the defendant and co-conspirators knowingly used and caused to be used the United States Postal Service and any private or commercial interstate carrier, in violation of Title 18, United States Code, Section 1349. For example, the defendant and co-conspirators did, among other things, cause checks, foreclosure deeds and other documents granting title to rigged foreclosure properties to be sent or delivered by the United States Postal Service or private or commercial interstate carriers. Mailings such as these were knowingly caused by the defendant and his co-conspirators and were foreseeable to the defendant and his co-conspirators in the ordinary course of business.

## OVERT ACTS

12.    In furtherance of the conspiracy and to effect the illegal objects thereof, the defendant and co-conspirators committed overt acts in the Southern District of Alabama and elsewhere, including, but not limited to, those acts stated in Paragraphs 10 and 11 of this Information.

13. The combination, conspiracy, and agreement charged in this Information was formed, in part, and carried out, in part, in the Southern District of Alabama, within the ten years preceding the filing of this Information.

ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1349.

Date:

_____
WILLIAM J. BAER
Assistant Attorney General

_____
BRENT C. SNYDER
Deputy Assistant Attorney General for
Criminal Enforcement

_____
MARVIN N. PRICE, JR.
Director of Criminal Enforcement
United States Department of Justice

_____
KENYEN R. BROWN
United States Attorney
Southern District of Alabama

_____
Deana L. Timberlake-Wiley
Member Maryland Bar
Deana.Timberlake-Wiley@usdoj.gov
Trial Attorney
Antitrust Division

_____
Susan A. Musser
Missouri Bar No. 63116
Susan.Musser@usdoj.gov
Trial Attorney
Antitrust Division

## PENALTY PAGE

**CASE STYLE:**  UNITED STATES v. ADRIAN J. BEACH

**DEFENDANT:**  ADRIAN J. BEACH

**USAO NO.:**

**ANTITRUST ATTORNEYS:**  DEANA L. TIMBERLAKE-WILEY
SUSAN A. MUSSER

**AUSA:**  DONNA DOBBINS

**CODE VIOLATIONS:**

COUNT 1:  18 U.S.C. § 1349, Conspiracy to Commit Mail Fraud Affecting a Financial Institution

**PENALTIES:**

COUNT 1:  30 yrs/$1 million fine/5 yrs SRT/$100 SA