IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:16-CR-00094-KD |
| | ) | |
| ADRIAN J. BEACH, | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION FOR LEAVE TO FILE SEALED PLEADING

Comes now, the United States, by and through the undersigned counsel, and hereby moves that this Court grant the government leave to file its Motion for Downward Departure in the above captioned matter under seal for the reasons set forth below:

1.      On June 16, 2016, the defendant pled guilty to a one-count Criminal Information charging him with conspiracy to commit mail fraud affecting a financial institution, in violation of 18 U.S.C. § 1349.  The defendant is scheduled to be sentenced on Friday, September 16, 2016 by the Honorable United States District Court Judge Kristi K. DuBose.

2.      The government now seeks to file a written motion for a downward departure due to the defendant's substantial assistance under U.S.S.G. § 5K1.1.

3.      The assistance rendered by the defendant concerns an open criminal investigation in the Southern District of Alabama.  Public disclosure of the

information contained in the government's motion for downward departure may adversely affect the investigation and may also expose the defendant to harassment.

4.      Defense counsel has been consulted and has no objection to the government filing its motion for downward departure under seal.

For the reasons stated above, the government respectfully requests that the Court grant this unopposed motion.

Respectfully submitted this 15th day of September, 2016.

/s/ Deana L. Timberlake-Wiley
Deana L. Timberlake-Wiley
Trial Attorney
Antitrust Division
United States Department of Justice
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 936-5189
deana.timberlake-wiley@usdoj.gov

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of September, 2016, served a

copy of the foregoing pleading on counsel for the defendant by e-mail.

/s/ Deana L. Timberlake-Wiley
Deana L. Timberlake-Wiley
Trial Attorney
Antitrust Division